UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5 PM 12: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**CEDRICK WRIGHT a/k/a
CESARÉ PAYNE,**

        **Plaintiff,**

v.

**MR. BOWER, et al.,**

        **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:05cv2788-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on November 29, 2005, this cause is hereby dismissed without prejudice.


**APPROVED:**

_____
**J. DANIEL BREEN
UNITED STATES DISTRICT COURT**

12/5/05
**Date**

THOMAS M. GOULD

_____
**Clerk of Court**

_Earlene Drayer_
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02788 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Cedrick Wright
Shelby County Correctional Center
112750
1045 Mullins Station Road
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT